IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STEFAN RONNELL EVANS,<br><br>    Plaintiff,<br><br>    v.<br><br>SHERIFF NEIL WARREN, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:12-CV-1685-TWT |

ORDER

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 14] of the Magistrate Judge recommending dismissing the action for failure to pay a partial filing fee. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice.

SO ORDERED, this 4 day of March, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\12\Evans\12cv1685\dismiss.wpd